Argued March 29, affirmed April 7, petition for rehearing
denied May 2, petition for review
denied July 25, 1972

FREEMAN (No. 371-428), *Appellant, v.*
CITY OF PORTLAND ET AL, *Respondents.*

495 P2d 35

*George A. Haslett, Jr.,* Portland, argued the cause and filed the brief for appellant.

*Richard A. Braman,* Senior Deputy City Attorney, Portland, argued the cause for respondents. With him on the brief was Marian C. Rushing, City Attorney, Portland.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED. *City of Portand v. Derrington,* 253 Or 289, 451 P2d 111, *cert denied* 396 US 901 (1969).

PER CURIAM.